**Order entered December 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01505-CV

### IN THE MATTER OF THE RUFF MANAGEMENT TRUST

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-03113-1**

## ORDER

Before the Court is the Dallas County Clerk's December 19, 2019 request for additional

time to file the clerk's record.  We **GRANT** the request and **ORDER** the clerk's record due on

or before January 21, 2020.


/s/      ROBERT D. BURNS, III
         CHIEF JUSTICE